UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT HEARD #252329, et al.,

    Plaintiffs,

v.                                                                                  Case No.1:13-CV-373

TOM FINCO, et al.,                                                    Hon. GORDON J. QUIST

    Defendants.
_____/

## ORDER

    IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Ellen S. Carmody solely for the purpose of appointment of counsel and related procedural matters pursuant to the *Pro Bono* Plan of the United States District Court for the Western District of Michigan. See W.D. Mich. Admin. Order Nos. 03-003 and 03-004.

    IT IS FURTHER ORDERED that all proceedings in this matter are stayed pending the appointment of counsel, with the exception this Court's ruling on Plaintiffs' Objections to the magistrate judge's March 27, 2015 Report and Recommendation and Plaintiffs' Motion for Leave to File (dkt. ## 187–89). Following the appointment of counsel, the Court will schedule a status conference to determine future case scheduling.

    IT IS SO ORDERED.


Dated: May 4, 2015                                                        /s/ Gordon J. Quist
                                                                                   GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE