UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT HEARD #252329,
WILLIAM JOHNSON #235820,
JAMERO T. MOSES #231885, and
ANTHONY NELSON #210771,

        Plaintiffs,

v.

BRAD PURVES,

        Defendant.
_____/

Case No. 1:13-CV-373

HON. GORDON J. QUIST

## VERDICT

### I. Ramadan 2011—Heard and Nelson

(A)    First Amendment

    1.    Has Mr. Heard proven by a preponderance of the evidence that the Defendant violated Mr. Heard's right to freely practice his religion?

          __X__ Yes    _____ No

    2.    Has Mr. Nelson proven by a preponderance of the evidence that the Defendant violated Mr. Nelson's right to freely practice his religion?

          __X__ Yes    _____ No

(B)    Eighth Amendment

    1.    Has Mr. Heard proven by a preponderance of the evidence that the Defendant was deliberately indifferent to a substantial risk of serious harm to Mr. Heard's health?

          __X__ Yes    _____ No

    2.    Has Mr. Nelson proven by a preponderance of the evidence that the Defendant was deliberately indifferent to a substantial risk of serious harm to Mr. Nelson's health?

          __X__ Yes    _____ No

**If you answered "yes" to questions I(A) or (B), proceed to Section I(C) regarding damages. If you answered "no" in questions I(A) and (B), proceed to Section II regarding Ramadan 2012.**

(C) Damages

    1.    What is the amount of Mr. Heard's compensatory (actual) or nominal damages, if any, caused by the Defendant?

$ 150.00

    2.    What is the amount of Mr. Nelson's compensatory (actual) or nominal damages, if any, caused by the Defendant?

$ 150.00

(D) Punitive Damages

Is Mr. Heard entitled to recover punitive damages?

    X Yes     ____ No

Is Mr. Nelson entitled to recover punitive damages?

    X Yes     ____ No

**If you answered "no" as to both Plaintiffs, proceed to Section II for Ramadan 2012.**

If you answered "yes" as to any Plaintiff in (D) above, what is the amount of punitive damages to which that Plaintiff is entitled?

Mr. Heard:

$ 500.00

Mr. Nelson:

$ 500.00

## II. Ramadan 2012—Heard, Nelson, Moses, and Johnson

(A) First Amendment

    1. Has Mr. Heard proven by a preponderance of the evidence that the Defendant violated Mr. Heard's right to freely practice his religion?

        __X__ Yes      ____ No

    2. Has Mr. Nelson proven by a preponderance of the evidence that the Defendant violated Mr. Nelson's right to freely practice his religion?

        __X__ Yes      ____ No

    3. Has Mr. Moses proven by a preponderance of the evidence that the Defendant violated Mr. Moses's right to freely practice his religion?

        __X__ Yes      ____ No

    4. Has Mr. Johnson proven by a preponderance of the evidence that the Defendant violated Mr. Johnson's right to freely practice his religion?

        __X__ Yes      ____ No

(B) Eighth Amendment

    1. Has Mr. Heard proven by a preponderance of the evidence that the Defendant was deliberately indifferent to a substantial risk of serious harm to Mr. Heard's health?

        __X__ Yes      ____ No

    2. Has Mr. Nelson proven by a preponderance of the evidence that the Defendant was deliberately indifferent to a substantial risk of serious harm to Mr. Nelson's health?

        __X__ Yes      ____ No

    3. Has Mr. Moses proven by a preponderance of the evidence that the Defendant was deliberately indifferent to a substantial risk of serious harm to Mr. Moses's health?

        __X__ Yes      ____ No

    4. Has Mr. Johnson proven by a preponderance of the evidence that the Defendant was deliberately indifferent to a substantial risk of serious harm to Mr. Johnson's health?

        __X__ Yes      ____ No

**If you answered "yes" to questions II(A) or (B), proceed to Section II(C) regarding damages. If you answered "no" in questions II(A) and (B), sign and date this form and inform the Court that you have reached a verdict.**

(C)  Damages

    1. What is the amount of Mr. Heard's compensatory (actual) or nominal damages, if any, caused by the Defendant?

        $ 150,00

    2. What is the amount of Mr. Nelson's compensatory (actual) or nominal damages, if any, caused by the Defendant?

        $ 150.00

    3. What is the amount of Mr. Moses's compensatory (actual) or nominal damages, if any, caused by the Defendant?

        $ 150.00

    4. What is the amount of Mr. Johnson's compensatory (actual) or nominal damages, if any, caused by the Defendant?

        $ 150.00

(D)  Punitive Damages

Is Mr. Heard entitled to recover punitive damages?

    X  Yes     ____ No

Is Mr. Nelson entitled to recover punitive damages?

    X  Yes     ____ No

Is Mr. Moses entitled to recover punitive damages?

    X  Yes     ____ No

Is Mr. Johnson entitled to recover punitive damages?

    X  Yes     ____ No

**If you answered "no" as to all Plaintiffs, sign and date this form and inform the Court that you have reached a verdict.**

If you answered "yes" as to any Plaintiff in (D) above, what is the amount of punitive damages to which that Plaintiff is entitled?

Mr. Heard:

$ 500.00

Mr. Nelson:

$ 500.00

Mr. Moses:

$ 500.00

Mr. Johnson:

$ 500.00

**Inform the Court that you have reached a verdict.**

Dated: October 4, 2018

_____
JURY FOREPERSON

*Heard, et al. v. Finco*
Case No. 1:13cv373

Although page 27 of the instruction speaks of compensatory damages, it also references "injury" when it says that such damages "cover both the mental and physical aspects of injury - tangible and intangible." If this does not answer your question, please let me know. Also, because I am referring damages does not mean that I have any opinion as to whether the Plaintiffs suffered compensable injury.

Date: October 4, 2018
Time: 1:35 PM

_____
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE

What is considered an injury?

We need clarification if injury should be defined solely based on a physical injury or broaden to include any negative effects experienced by plantiffs whether it be physical, mental, emotional, spiritual, or etc.

Ronnie [signature]

Foreman

Although page 27 of the instructions speaks of compensatory damages, it also references "injury" when it says that such damages "cover both the mental and

*Typed to jury* [annotation in red]

physical aspects of injury — tangible and intangible." If this does not answer your question, please let me know. Also, because I am referring damages does not mean that I have any opinion as to whether the Plaintiff suffered compensable injury.

We have a

Verdict

Ronal [signature]

10·4·18 @ 2pm